# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carla Winnegan  | CHAPTER 13
      Debtor(s) |
  | BKY. NO. 15-17355 SR

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 0501

                        Respectfully submitted,

                        **/s/Thomas Puleo, Esquire**
                        Thomas Puleo, Esquire
                        Brian C. Nicholas, Esquire
                        KML Law Group, P.C.
                        701 Market Street, Suite 5000
                        Philadelphia, PA 19106-1532
                        (215) 825-6306  FAX (215) 825-6406