# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Carla Winnegan
                    Debtor

MidFirst Bank
              v.
Carla Winnegan
            and
Frederick L. Reigle Esq.
                  Trustee

Chapter 13

NO. 15-17355 SR

## **ORDER**

AND NOW, this        day of              , 2017 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on    it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code) 11 U.S.C.. Section 362, is modified to allow MidFirst Bank and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 6906 Guilford Road Upper Darby, PA 19082.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

United States Bankruptcy Judge.
**STEPHEN RASLAVICH**

cc: See attached service list

**Dated: July 24, 2017**

Carla Winnegan
6906 Guilford Road
Upper Darby, PA 19082

Frederick L. Reigle Esq.
2901 St. Lawrence Avenue (VIA ECF)
P.O. Box 4010
Reading, PA 19606

Katherine Schreiber ESQUIRE
4005 Gypsy Lane
Philadelphia, PA 19129

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532