UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                      :

CARLA WINNEGAN
                                   : Bankruptcy No. 15-17355SR
Debtor(s)            : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KATHERINE SCHREIBER ESQ
4005 GYPSY LANE
PHILADELPHIA PA 19129-5527

CARLA WINNEGAN
6906 GUILFORD ROAD
UPPER DARBY,PA.19082