```
                           United States Bankruptcy Court
                           Eastern District of Pennsylvania
In re:                                                         Case No. 15-17355-sr
Carla Winnegan                                                 Chapter 13
         Debtor
                                CERTIFICATE OF NOTICE
District/off: 0313-2          User: Randi                 Page 1 of 2                   Date Rcvd: Aug 31, 2017
                              Form ID: pdf900             Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 02, 2017.
db             +Carla Winnegan,    6906 Guilford Road,    Upper Darby, PA 19082-5222
13613741       +Global Credit,    University of Pennsylvania Dental,    20010 Century Blvd Ste 420,
                 Germantown MD 20874-1118
13613742       +Great Lakes Higher Education,    PO Box 7860,    Madison WI 53707-7860
13613744       +Michael T. McKeever, Esquire,    701 Market St Ste 5000,    Philadelphia PA 19106-1541
13619798       +MidFirst Bank,    c/o Joshua L. Goldman, Esq.,    KML Law Group P.C.,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13839858       +MidFirst Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
13631936       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13613746        Midland Mortgage,    PO Box 268959,    Oklahoma City OK 73126-8959
13613747       +R. Johnston & Sons,    15 N. Chester Pike,    Glenolden PA 19036-1422
13649039       +Sprint Corp. Attn: Bankruptcy Dept,     P.O Box 7949,   Overland Park, KS 66207-0949
13613749       +Trumark Financial CU,    1000 Northbrook Dr,    Trevose PA 19053-8430
13616820       +U.S. Department of Housing and Urban Development,     451 7th Street S.W.,
                 Washington, DC 20410-0002
13648534        US DEPT OF EDUCATION,    CLAIMS FILING UNIT,    PO BOX 8973,    MADISON WI 53708-8973
13613750       +Upper Darby Township,    c/o James D. Smith, Fin. Dir.,    100 Garrett Rd.,
                 Upper Darby, PA 19082-3135

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Sep 01 2017 02:14:11     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 01 2017 02:13:21
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 01 2017 02:13:49     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13613737        E-mail/Text: EBNProcessing@afni.com Sep 01 2017 02:13:36     AFNI/Sprint,    PO Box 3097,
                 Bloomington IL  61702-3097
13645078       +E-mail/Text: g20956@att.com Sep 01 2017 02:14:20     AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO LEAD PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
13613738       +E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 01 2017 02:14:18
                 Comcast Cable Communications,    1 Comcast Center,   Philadelphia PA 19103-2833
13613739       +E-mail/Text: bankruptcy@credencerm.com Sep 01 2017 02:14:23     Credence Resource Management,
                 AT&T,    17000 Dallas Parkway Ste 204,    Dallas TX 75248-1940
13613743       +E-mail/Text: jmoreno@hillcrestdavidson.com Sep 01 2017 02:12:57
                 Hillcrest Davidson and Assoc,    Protect Your Home,    850 N. Dorothy Drive Ste 512,
                 Richardson TX 75081-2794
13613745       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 01 2017 02:13:27     Midland Funding,    Webbank,
                 8875 Aero Dr Ste 200,    San Diego CA 92123-2255
13613748       +E-mail/Text: Supportservices@receivablesperformance.com Sep 01 2017 02:14:24
                 Receivables Performance,    AT&T,   20816 44th Ave W,    Lynnwood WA 98036-7744
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13613740      ##+Debt Recovery Solutions,    Verizon Pennsylvania Inc,    900 Merchants Concourse 106,
                 Westbury NY 11590-5114
                                                                                             TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 02, 2017                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-2           User: Randi                 Page 2 of 2                   Date Rcvd: Aug 31, 2017
                               Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2017 at the address(es) listed below:

```
          ANDREW F GORNALL     on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          KATHERINE  SCHREIBER    on behalf of Debtor Carla  Winnegan kathy_schreiber@yahoo.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com
          POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 8
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                :

CARLA WINNEGAN
                                                                      : Bankruptcy No. 15-17355SR
        Debtor(s)                                                     : Chapter 13

ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Dated: August 30, 2017**

_____
Stephen Raslavich, B. J.

Interested parties:

Polly A. Langdon, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

KATHERINE SCHREIBER ESQ
4005 GYPSY LANE
PHILADELPHIA PA 19129-5527

CARLA WINNEGAN
6906 GUILFORD ROAD
UPPER DARBY,PA.19082